UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Craig S. Hill, Sr.

    v.                          No. 02-cv-277-JD

Jo Anne B. Barnhart, Commissioner
Social Security Administration


O R D E R

    Judgment for the plaintiff shall be entered in accordance with the decision of the Administration Law Judge dated January 21, 2005

    SO ORDERED.

                                                   _____
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

September 20, 2005

cc:   Raymond J. Kelly, Esquire
      David L. Broderick, Esquire